# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FLASH3D LLC,** <br>                 Plaintiff, <br> v. <br> **SAMSUNG ELECTRONICS AMERICA, INC.,** <br>                 Defendant. | CASE NO. 2:17-cv-521 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF FLASH3D LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Flash3D LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: June 29, 2017                                    Respectfully submitted,

                                                             */s/ David R. Bennett*
                                            By:   David R. Bennett
                                                      **DIRECTION IP LAW**
                                                      P.O. Box 14184
                                                      Chicago, IL 60614-0184
                                                      Telephone: (312) 291-1667
                                                      e-mail: dbennett@directionip.com

                                                      **ATTORNEY FOR PLAINTIFF**
                                                      **FLASH3D LLC**

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on June 29, 2017, via the Court's CM/ECF system.

             */s/ David R. Bennett*
             David R. Bennett